AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF   NEVADA

Larry Edward Dillon,

    Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3-03-cv-0203-ECR-RAM**

West Publishing Corporation, et al.,

    Defendants.

__XX__  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

____  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of the plaintiff and against the defendant in the amount of $3,775,494.00.

   September 21, 2007           **LANCE S. WILSON**
                                                     Clerk

                                                      Deputy Clerk