AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA _____

LARRY EDWARD DILLON,
Plaintiff,

V.

WEST PUBLISHING CORPORATION, et al.,
Defendants

AMENDED **JUDGMENT IN A CIVIL CASE**

Case Number:   03:03-CV-203-ECR-RAM

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
pursuant to the Jury Verdict of $1,887,747.00, which amount is doubled on the basis that the Jury found that the termination involved willful violation of Age Discrimination in Employment Act, Judgment is hereby entered in favor of plaintiff and against defendants in the amount of $3,775,494.00.



September 21, 2007  
Date

LANCE S. WILSON, CLERK  
Clerk

(By) Deputy Clerk