UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LARRY EDWARD DILLON, ) | 3:03-CV-203-ECR (RAM) |
| ) | |
| Plaintiff, ) | MINUTES OF THE COURT |
| ) | |
| vs. ) | March 12, 2008 |
| ) | |
| WEST PUBLISHING CORPORATION, ) et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Defendants have filed a Request for Postponement of Settlement Conference (Doc. #159).

The settlement conference currently scheduled for Thursday, March 20, 2008, at 9:00 a.m. is VACATED. Counsel for Defendants shall immediately notify the Magistrate Judge's judicial assistant when the District Judge has decided the Motions referred to in Defendants' Request so the settlement conference can be rescheduled.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:   /s/
         Deputy Clerk