AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

LARRY EDWARD DILLON,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
  V.

                          CASE NUMBER: 3:03-CV-00203-RCJ-WGC

WEST PUBLISHING CORPORATION, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is DISMISSED.

 

June 12, 2012                                                              **LANCE S. WILSON**
    Date                                                                             Clerk

                                                        /s/   M. Campbell
                                                           Deputy Clerk