# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY EDWARD DILLON, | )<br>) |
| Plaintiff, | )   3:03-cv-00203-RCJ-WGC<br>) |
| v. | )<br>) |
| WEST PUBLISHING CORPORATION, WEST GROUP and THE THOMPSON LEGAL PUBLISHING CORPORATION, THE THOMPSON CORPORATION, BLACK AND WHITE CORPORATION and DOES I through X, inclusive, | )   **ORDER**<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Currently before the Court is Plaintiff's Motion (#280) to Strike the Bill of Costs (#276). Plaintiff does not object to the costs set forth in the Bill of Costs (#276), but argues that the filing of a bill of costs is a breach of an agreement between the parties. Specifically, Plaintiff claims that there was an agreement between the parties that: (1) Plaintiff would forego the filing of a bond on appeal, and (2) if Defendants prevailed after the appeal or on post-trial motions, Defendants would not seek to enforce fees and costs. Defendants respond that the agreement pertained only to costs related to the post-trial motions and the appeal, and only one item on the Bill of Costs (#278) should be stricken as improperly included in light of that agreement, that is, the amount of $455 requested in connection with filing the notice of appeal on December 19, 2008.

Plaintiff submitted two exhibits in support of the Motion (#280).  Exhibit One is a letter sent by Defendants' counsel to Plaintiff's counsel, stating that:

> This will confirm our conversation in Court immediately following the jury verdict in plaintiff's favor that plaintiff will not seek to enforce his judgment

> against any of the defendants pending the outcome of defendants' post-trial motions and/or appeal to the United States Court of Appeals for the Ninth Circuit, in return for defendants' agreement that should it be awarded costs in connection with these motions and/or the appeal, defendants specifically forego said costs and will not seek to collect same. Defendants further agree that they will pay any judgment that still exists pending the resolution of any final appeal.
>
> If this does not accurately set forth our understanding, please advise and defendants will immediately undertake the posting of appropriate security pending resolution of said motions and/or appeal.

(Ex. 1 (#280-2).) Plaintiff's attorney responded with:

> I am in receipt of your letter dated July 18, 2008. Please note the following correction: our agreement included not just costs, but *fees and costs*.

(Ex. 2 (#280-3).)

The agreement as set forth in the exhibits plainly contemplates that Defendants will forego seeking costs associated with post-trial motions and/or appeal. For that reason, IT IS ORDERED that the Motion to Strike (#280) is **DENIED**. However, the requested costs of $3,516.55 must be reduced by the amount of $455, which Defendants state is the amount of the filing fee for the appeal, which was inadvertently included in the bill of costs.

DATED: This 26th day of November, 2012.

_____
United States District Judge